UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | ED CV 26-3648 PA (DMKx) | Date | July 20, 2026 |
| Title | Pedro Garcia Mendez v. Acting or Current Warden, et al. | | |

| | |
|---|---|
| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |

| | | |
|---|---|---|
| Daniel Torrez | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| | |
|---|---|
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None | None |

**Proceedings:** IN CHAMBERS - COURT ORDER

Petitioner Pedro Garcia Mendez ("Petitioner"), who is proceeding pro se, filed a Petition for Writ of Habeas Corpus by a Person in Federal Custody ("Petition") on June 29, 2026, challenging his immigration detention. Respondents filed a Response to the Petition on July 8, 2026. (Docket No. 7.) Petitioner filed a Traverse on July 17, 2026. (Docket No. 9.)

Petitioner's Traverse states, "Petitioner . . . would like for the court to withdraw his petition for Writ of Habeas. Petitioner was granted voluntary departure on 7/13/26 and is electing to depart to his country." (Id.) The Court construes Petitioner's Traverse as a motion for voluntary dismissal. Because Respondents have answered the Petition, dismissal requires a Court order. See Fed. R. Civ. P. 41(a)(2). Rule 41(a)(2) provides for dismissal of an action "at the plaintiff's request only by court order, on terms that the court considers proper." Here, the Court concludes that dismissal without prejudice and without additional conditions is appropriate.

Accordingly, the Court hereby dismisses this action without prejudice. The Court will issue a Judgment consistent with this Order.

IT IS SO ORDERED.