**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO GARCIA MENDEZ,<br>Petitioner,<br>v.<br>ACTING OR CURRENT WARDEN, et al.,<br>Respondents. | Case No. ED CV 26-3648 PA (DMKx)<br><br>JUDGMENT OF DISMISSAL |

In accordance with the Court's July 20, 2026 Minute Order dismissing Petitioner Pedro Garcia Mendez's Petition Writ of Habeas Corpus by a Person in Federal Custody pursuant to Federal Rule of Civil Procedure 41(a)(2), it is HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

DATED: July 20, 2026

Percy Anderson
UNITED STATES DISTRICT JUDGE